

## In the District court of Hamilton County, Ohio

Tracy Phillips (Plaintiff)

1321 9th ave

Huntington, WV 25701

Case # :

**A2304661**

Vs.

Complaint

Target Department Store

3245 Geier. Dr

Cincinnati, Ohio 45209

---

Plaintiff, Tracy Phillips brings forth the following causes of action and alleges the following.

1. Plaintiff is an individual and a resident of Huntington, Wv.
2. Defendant is a legally defined business entity, formed under the laws of Ohio, and located at 3245 Geier Dr, Cincinnati, Ohio 45209.
3. On about March 17th, 2022, my son Alias Phillips was confronted inside of Target Department store at 3245 Geier. Dr Cincinnati, Ohio 45209, at which point he was threatened by (assailant) another customer of Target and a gun was revealed from under customers shirt.
4. On about March 17th, 2022, Alias Phillips was leaving Target department store at 3245 Geier. Dr Cincinnati, Ohio 45209, when Alias was leaving target he was ambushed chased down in Target parking lot and was shot and killed.
5. On about March 17th, 2022, Target security failed to intervene inside of Target, when assailant confronted Alias Phillips with hostile intent and a gun was revealed.
6. On about March 17th 2022, Targets lack of store security and monitoring, lead to the death of Alias Phillips.

7. On about March 17th, 2022, Target security did not take reasonable measures to prevent, the death of Alias Phillips or the well-being of other customers visiting Target on March 17th ,2022. Which Target must provide the duty of care and that breach was broken.

8. On about March 17th, 2022, Causation damages to plaintiff would not have occurred for the actions of Defendant

9. On about March 17th, 2022, Target security was negligence in incorrectly handling the situation that occurred inside of Target, which lead to the death of Alias Phillips, knowing that target has been known to closely monitor its cameras and also known as a safe zone store.

10. On about March 17th 2022, Target was partially at fault for the death of Alias Phillips, for the lack of store security and monitoring, which could have prevented the outcome if security would have intervened.

Plaintiff brings forth the following counts and allegations supporting plaintiffs cause of action:

Count 1.

Now comes Tracy Phillips (Plaintiff) claims that Target was negligent and at partial fault for the death Alias Phillips on March 17th, 2022 at Target 3245 Geier, Dr 45209 Cincinnati, Ohio. Target owed plaintiff a duty to a safe zone store, and that breach was broken when target security didn't take reasonable safety precautions and intervene inside of Target during the confrontation which led to the death of Alias Phillips and could have led to the injury or death of other customers that target owed that same duty to.

Target has an obligation to provide adequate security to keep people safe when they are on the property, and that breach was broken when security didn't intervene inside of Target or inform the police of the situation. The Death of Alias Phillips from a foreseeable crime that could have been prevented with adequate security that Alias was owed as invitee by Target. In closing Target security was negligence in the death of Alias Phillips on March 17th,

2022, for not providing adequate security and intervening inside of Target, which could have possibly led to a different outcome on march 17th, 2022

### Negligence

1. Wrongdoer owed a duty to the victim to keep them safe while on their property as an invitee
2. Wrongdoer breached that duty by not intervening and offering a safe zone.
3. Breach caused death of victim and store invitee.
4. Victim suffered damages which led to victim's death.

### Damages

Wherefor, Plaintiff seeks compensatory damages in the amount of $50,000,000, plus all attorney fees and costs incurred by plaintiff in connection with this action.

Additionally, plaintiff seeks an apology from Target, for their actions for having lack of security and monitoring on March 17th, 2022, which led to the death of his son Alias Phillips

I, Tracy Phillips (Plaintiff) certify that a copy of the foregoing complaint has been mailed to Defendant by certify or regular mail on this day _27th_, of _September_, _2023_.