IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TRACY PHILLIPS, | : | Case No. 1:23-cv-781 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| TARGET DEPARTMENT STORE, | : | |
| Defendant. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**     This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 3) is GRANTED and this case shall be TERMINATED from the Court's docket.

Dated: September 24, 2024.            Richard W. Nagel, Clerk of Court
                                                                             By: */s/ Kellie A. Fields*
                                                                                  Deputy Clerk